IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. THOMAS, | : | Civil No. 3:17-cv-1834 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DR. PRESTON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 4) to appoint counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge