# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. THOMAS, | : | Civil No. 3:17-cv-1834 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DR. PRESTON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of February, 2021, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The pending motion (Doc. 20) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge